**Jason Nathaniel GILMER,
Plaintiff–Appellee,**

v.

**Dr. SMITH, Head Physician of KMCC,
Defendant–Appellant,**

and

**Mr. A. Whited, R.N.C.B. of KMCC; L.
Fleming, Warden of KMCC,
Defendants.**

No. 15–6739.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 25, 2015.

Mary Foil Russell, HALE, LYLE & RUSSELL, PC, Bristol, Tennessee, for Appellant. Jason Nathaniel Gilmer, Appellee Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Happy Smith seeks to appeal the district court's order denying his motion for reconsideration in Jason Gilmer's 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*